Case 5:20-cv-00766-OLG   Document 29   Filed 08/31/21   Page 1 of 1

**FILED**
August 31, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JU_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHEAL GARCIA, ET.AL. | § § | |
| vs. | § § § | SA: 20-CV-766-OLG |
| MARRIOTT INTERNATIONAL, INC. | § | |

### ORDER ADMINISTRATIVELY CLOSING CASE

On July 8 2021, the Court was advised by counsel that this case settled. Accordingly, the Court hereby administratively CLOSES this case pending the filing of dismissal papers. The Clerk of the Court is ORDERED to close this case upon entry of this Order. If the parties wish to reopen this case, they may do so by filing a motion to reopen.

It is so ORDERED.

Signed this   31st   day of August, 2021.

*[signature]*

ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE